

# Fourth Court of Appeals
## San Antonio, Texas

April 6, 2020

No. 04-20-00146-CV

**THE MOST REVEREND WM. MICHAEL MULVEY, S.T.L., D.D**. Bishop of Corpus Christi,
Appellant/Cross-Appellee

v.

**BAY, LTD.**,
Appellee/Cross-Appellant

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 12-09-51494-CV
Honorable Richard C. Terrell, Judge Presiding

## O R D E R

On April 2, 2020, and April 3, 2020, after the two court reporters filed notifications of late records, we ordered Appellant to provide written proof to this court that the records had been requested and the appropriate fees paid.

On April 6, 2012, Appellant filed a written response; our April 2, 2020 and April 3, 2020 orders are satisfied.

The reporter's records are due on May 6, 2020. *See* TEX. R. APP. P. 35.3(c).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of April, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court